# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 14-PO-00108-DLW |
| CRYSTAL A. HOPPER | Pro Se <br> (Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count One of the Information.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 13 & 1152; CRS 42-4-1402(1) | Careless Driving | 10/19/13 | One |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB | Fine |
|---|---|---|---|
| **Total:** | $10.00 | None | $150.00 |

Due May 1, 2014.

Defendant's auto insurance company to pay restitution to the victim in this matter. Restitution set for review on May 6, 2014 at 10:00 a.m.

## ADDENDUM TO JUDGMENT IN A CRIMINAL CASE
### (Confidential Information Concerning Defendant)

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:   /79

Defendant's USM No.:  00

Defendant's Residence Address:

Defendant's Mailing Address:
SAME

---
03/06/14
Date of Imposition of Judgment

---
s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

---
03/06/14
Date